# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**GAYLAN LANGLEY,**
**ADC # 501160**                                                                                      **PLAINTIFF**

**V.**                      **3:10-CV-00073-WRW-JJV**

**ED GUTHRY, Captain, Mississippi County Jail; DOES,**
**Identified as Administrator and Nurse, both with**
**Mississippi County Jail; and MISSISSIPPI COUNTY JAIL**       **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe and the objections. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Plaintiff's claims against the Mississippi County Jail are DISMISSED for failure to state a claim, and the Clerk of the Court is directed to terminate it as a party-Defendant.

DATED this <u>12th</u> day of May, 2010.

                                                                                  /s/ Wm. R. Wilson, Jr.
                                                                                  UNITED STATES DISTRICT JUDGE